# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 25-1373          Short Title: John Doe v. Sara Smith, No. 2:23-cv-00423-JAW

**Type of Action**

- [x] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  04/10/2025
   2. Date this notice of appeal filed  04/14/2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes   [x] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [x] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [x] Yes   [ ] No
         If yes, explain  Appeal of order denying closure of trial

C. Has this case previously been appealed?  [x] Yes   [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   Doe v. Smith: 24-1553 (Voluntary Stipulated Dismissal) and 25-1196 (Pending)

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [x] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party Sara Smith
   Attorney Peter J. Brann, Daniel A. Nuzzi, Stacy O. Stitham, Hannah L. Wurgaft
   Address Brann & Isaacson, 113 Lisbon Street, Lewiston, Maine 04240
   Telephone (207) 886-3566

2. Adverse party Maine Trust for Local News, L3C, d/b/a Portland Press Herald/Maine Sunday Telegram
   Attorney Alexandra A. Harriman and Sigmund D. Schutz
   Address Preti Flaherty Beliveau & Pachios LLC, 1 City Center, Portland, Maine 04112
   Telephone (207) 791-3000

3. Adverse party Maine Trust for Local News, L3C, d/b/a Portland Press Herald/Maine Sunday Telegram
   Attorney Eugene Volokh
   Address Stanford University, Hoover Institution, 434 Galvez Mall, Stanford, CA 94305
   Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name John Doe
   Address c/o Lowe Yeager & Brown PLLC
   Telephone (865) 316-9554

   Attorney's name Gregory Brown and Louise M. Aponte
   Firm Lowe Yeager & Brown PLLC
   Address 920 Volunteer Landing, Suite 200, Knoxville, TN 37915
   Telephone (865) 316-9554

2. Appellant's name
   Address
   Telephone

   Attorney's name Stephen B. Segal
   Firm Verrill Dana, LLP
   Address One Portland Square, 10th Floor, Portland, Maine 04101
   Telephone (207) 253-4822

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Louise M. Aponte
Date  04/28/2025

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Circuit Clerk of the United States Court of Appeals for the First Circuit using the CM/ECF system on this 28th day of April 2025. Notification of this filing was sent to all parties to the action registered with the Court's electronic filing system.

                     */s/ Louise M. Aponte*
                     Louise M. Aponte