# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1373          **Short Title:** Doe v. Smith

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>John Doe</u>                                                                 as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

<u>/s/ Stephen B. Segal</u>                    <u>04/29/2025</u>
Signature                                        Date

<u>Stephen B. Segal</u>
Name

<u>Verrill Dana, LLP</u>                    <u>207-774-4000</u>
Firm Name (if applicable)                Telephone Number

<u>One Portland Square</u>                    <u>207-774-7499</u>
Address                                        Fax Number

<u>Portland, ME 04101-4054</u>                    <u>ssegal@verrill-law.com</u>
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: <u>1188949</u>

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. <u>24-1553 and 25-1196</u>

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).